F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 1 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 08-cv-02183-WYD

ELIJAH BEATTY,

    Applicant,

vs.

SUZANNE JONES
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 1st day of November, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02183 WYD

El Paso County Court
Judicial Bldg.
20 E. Vermijo Ave.
Colorado Springs, CO 80903

Elijah E. Beatty
# 106911
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777

Wendy Jo Ritz - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 11/1/10 .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk